UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| KINGTOM ALUMINIO S.R.L., | : | |
| Plaintiff, | : | Before: Richard K. Eaton, Judge |
| v. | : | Court No. 22-00072 |
| UNITED STATES, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| INDUSTRIAL FELICIANO ALUMINUM, INC., J.L. TRADING CORP., AND PUERTAS Y VENTANAS, JM, INC., | : | |
| Plaintiffs, | : | Before: Richard K. Eaton, Judge |
| v. | : | Court No. 22-00075 |
| UNITED STATES, | : | |
| Defendant. | : | |

## ORDER

Before the court are the consent motions to consolidate the above-captioned cases under Court No. 22-00072 of Kingtom Aluminio S.r.L., Plaintiff in Court No. 22-00072, ECF No. 12, and by Industrial Feliciano Aluminum, Inc., J.L. Trading Corp., and Puertas y Ventanas, JM, Inc., Plaintiffs in Court No. 22-00075, ECF No. 13. Upon consideration of the motion, and all other pertinent papers, it is hereby

**ORDERED** that the motions are granted; and it is further

**ORDERED** that Court No. 22-00072 and Court No. 22-00075 are consolidated under the

Court Nos. 22-00072, 22-00075
Page 2

lead case, Court No. 22-00072.

/s/ Richard K. Eaton
Judge

Dated: April 29, 2022
New York, New York