IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| KINGTOM ALUMINIO SRL,<br><br>    Plaintiff,<br><br>  and<br><br>INDUSTRIAS FELICIANO ALUMINUM, INC., J.L TRADING CORP., and PUERTAS Y VENTANAS J.M. INC.,<br><br>    Consolidated Plaintiffs,<br><br>  and<br><br>HIALEAH ALUMINUM SUPPLY, INC., and CLASSIC METALS SUPPLIERS CORP.,<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant<br><br>  and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>    Defendant-Intervenor. | Court No. 22-00072 |

**RESPONSE OF PLAINTIFF, CONSOLIDATED PLAINTIFFS, AND PLAINTIFF-INTERVENORS TO DEFENDANT-INTERVENOR'S MOTION TO STAY**

Pursuant to Rule 7(d) of the Rules of this Court, as well as the Court's July 22, 2022 Order Staying Entry of a Scheduling Order, ECF No. 31, Plaintiff Kingtom Aluminio SRL, Consolidated Plaintiffs Industrias Feliciano Aluminum Inc., JL Trading Corp., and Puertas y

1

Ventanas J.M., Inc., and Plaintiff-Intervenors Plaintiff-Intervenors Hialeah Aluminum Supply, Inc., and Classic Metals Suppliers Corp., hereby file their response to Defendant's July 8, 2022 Motion to Stay, ECF No. 30. In light of the dispositive and uncontested remand determination in *Global Aluminum Distributor, LLC et. al v. United States*, Consol. Ct. No. 21-00198, as well as the uncontested joint motion in that case to enter judgment pursuant to the remand results, Plaintiff and Consolidated Plaintiffs hereby withdraw their opposition to the motion of Defendant-Intervenor and leaves the decision with respect to the stay to the sound discretion of the Court.

        Respectfully submitted,

/s/ Brady W. Mills
Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

*Counsel to Plaintiff Kingtom Aluminio SRL*

Dated: July 28, 2022

3

Dated:  July 28, 2022

/s/ Beth Carole Ring
Beth Carole Ring

**SANDLER, TRAVIS & ROSENBERG, PA**
675 Third Avenue, Suite 1805-06
New York, NY 10017

*Counsel to Consolidated Plaintiffs*
*Industrias Feliciano Aluminum, Inc.,*
*JL Trading Corp., and Puertas y Ventanas*
*J.M., Inc.*

/s/ Lizbeth R. Levinson
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

**FOX ROTHSCHILD LLP**
2020 K Street, NW, Suite 500
Washington, DC 20006

*Counsel to Plaintiff-Intervenors*
*Hialeah Aluminum Supply, Inc.,*
*and Classic Metals Suppliers Corp.*

Dated:  July 28, 2022