**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| KINGTOM ALUMINIO SRL, <br><br> Plaintiff, <br><br> and <br><br> INDUSTRIAS FELICIANO ALUMINUM, INC., J.L TRADING CORP., and PUERTAS Y VENTANAS J.M. INC., <br><br> Consolidated Plaintiffs, <br><br> and <br><br> HIALEAH ALUMINUM SUPPLY, INC., and CLASSIC METALS SUPPLIERS CORP., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 22-00072 |

## JOINT STATUS REPORT

Pursuant to the Court's July 24, 2024, and September 24, 2024 orders (ECF Nos. 43 & 45), plaintiff, Kingtom Aluminio SRL; consolidated plaintiffs, Industrias Feliciano Aluminum, Inc., J.L Trading Corp., and Puertas Y Ventanas J.M. Inc.; plaintiff-intervenors, Hialeah Aluminum Supply, Inc. and Classic Metals Suppliers Corp.; defendant, the United States; and

defendant-intervenor, Aluminum Extrusions Fair Trade Committee, respectfully submit this joint status report.

The parties have conferred following the expiration of the time to appeal in *H&E Home, Inc. et al v. United States*, No. 21-337.  The United States has stated that it intends to move for a voluntary remand in this matter, including the consolidated case *Industrias Feliciano Aluminum, Inc., et. al. v. United States*, No. 22-75.  All parties have stated that they will consent to the voluntary remand.

The parties therefore respectfully jointly request that the Court continue the stay of the briefing schedule, and set a deadline of October 18, 2024, for the United States to file a motion for a voluntary remand.  A proposed order is attached.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>/s/ Brady W. Mills<br>Brady W. Mills<br>Donald B. Cameron<br>Julie C. Mendoza<br>R. Will Planert<br>Mary S. Hodgins<br>Eugene Degnan<br>Jordan L. Fleischer<br>Nicholas C. Duffey<br>Ryan R. Migeed<br>**MORRIS, MANNING & MARTIN LLP**<br>1333 New Hampshire Avenue, N.W., Suite 800<br>Washington, D.C. 20036<br><br>*Counsel to Plaintiff Kingtom Aluminio S.R.L.* |
| Dated:  October 4, 2024 |  |

|  |  |
|---|---|
|  | /s/ Beth Carole Ring<br>Beth Carole Ring<br>**SANDLER, TRAVIS & ROSENBERG, PA**<br>675 Third Avenue, Suite 1805-06<br>New York, NY 10017<br><br>*Counsel to Consolidated Plaintiffs Industrias Feliciano Aluminum Inc., JL Trading Corp., and Puertas y Ventanas J.M., Inc.* |
| Dated:  October 4, 2024 |  |
|  | /s/ Lizbeth R. Levinson<br>Lizbeth R. Levinson<br>Ronald M. Wisla<br>Brittney R. Powell<br>**FOX ROTHSCHILD LLP**<br>2020 K Street, NW, Suite 500<br>Washington, DC 20006\<br><br>*Counsel to Plaintiff-Intervenors Hialeah Aluminum Supply, Inc., and Classic Metals Suppliers Corp.* |
| Dated:  October 4, 2024 |  |
|  | BRIAN M. BOYNTON<br>Principal Deputy Attorney General<br><br>Patricia M. McCarthy<br>Director<br><br>/s/ Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director<br><br>/s/ Augustus Golden |
| OF COUNSEL:<br>BENJAMIN W. JUVELIER<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce<br>1401 Constitution Avenue N.W.<br>Washington, D.C. 20230<br>Tel:  (240) 474-8868<br>Email:  Benjamin.juvelier@trade.gov | AUGUSTUS GOLDEN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone:  (202) 507-6089<br>Facsimile:  (202) 307-0972 |

Email: Augustus.J.Golden@usdoj.gov

Dated: October 4, 2024

*Attorneys for Defendant*

/s/ Robert E. DeFrancesco, III
Robert E. DeFrancesco, III
Alan H. Price
Derick G. Holt
Enbar Toledano
Elizabeth S. Lee
John Allen Riggins
Paul A. Devamithran

**WILEY REIN LLP**
2050 M Street, NW
Washington, D.C. 20036
Tel: (202) 719-7000
Email: WileyTrade@wiley.law

*Counsel to Defendant-Intervenor Aluminum Extrusions Fair Trade Committee*

Dated: October 4, 2024

THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| KINGTOM ALUMINIO SRL,<br><br>  Plaintiff,<br><br> and<br><br>INDUSTRIAS FELICIANO ALUMINUM, INC., J.L TRADING CORP., and PUERTAS Y VENTANAS J.M. INC.,<br><br>  Consolidated Plaintiffs,<br><br> and<br><br>HIALEAH ALUMINUM SUPPLY, INC., and CLASSIC METALS SUPPLIERS CORP.,<br><br>  Plaintiff-Intervenors,<br><br> v.<br><br>UNITED STATES,<br><br>  Defendant,<br><br> and<br><br>ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,<br><br>  Defendant-Intervenor. | Court No. 22-00072 |

## **PROPOSED ORDER**

The parties jointly ask the court to maintain the stay and to set a 14-day deadline for the United States to file a motion for a voluntary remand. ECF No. 46. Upon consideration of the papers and proceedings had herein, it is hereby

1

**ORDERED** that the briefing schedule in this case shall remain stayed until further order of the court, and it is further

**ORDERED** that the United States shall file a motion for a voluntary remand on or by October 18, 2024.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: _____, 2024<br>New York, NY | Honorable Richard K. Eaton, Judge |