UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KINGTOM ALUMINIO S.R.L., | : |
| Plaintiff, | : |
| and | : |
| INDUSTRIAS FELICIANO ALUMINUM, INC., ET AL., | : |
| Consolidated Plaintiffs, | : |
| and | : Before: Richard K. Eaton, Judge |
| HIALEAH ALUMINUM SUPPLY, INC. and CLASSIC METALS SUPPLIERS CORP., | : Consol. Court No. 22-00072 |
| Plaintiff-Intervenors, | : |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| THE ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, | : |
| Defendant-Intervenor. | : |

**ORDER**

The parties have filed a Joint Status Report, ECF No. 46, in which they ask the court to maintain the stay in this case and to set a 14-day deadline for the United States to file a motion for a voluntary remand. Upon consideration of the papers and proceedings had herein, it is hereby

**ORDERED** that the briefing schedule in this case shall remain stayed until further order of the court; and it is further

**ORDERED** that the United States shall file a motion for a voluntary remand on or by October 18, 2024.

/s/ Richard K. Eaton<br>Judge

Dated: October 7, 2024
       New York, New York