UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

March 4, 2025

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   Redetermination Pursuant to Court Remand Order in
      *Kingtom Aluminio S.R.L. v. United States*, Court No. 22-00072

Dear Mr. Toscano:

    Pursuant to the Court's order of November 6, 2024, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action. Please note that the remand redetermination is being filed ahead of the Court's March 6, 2025, deadline. The Department's remand redetermination is a public document.

    In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 329-0422.

    Respectfully submitted,

    /s Benjamin W. Juvelier
    Benjamin W. Juvelier
    Attorney
    Office of the Chief Counsel
       for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
March 4, 2025
Page 2

cc:

Augustus Jeffrey Golden
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 507-6089
Fax: (202) 307-0972
Email: augustus.j.golden@usdoj.gov

Brady Warfield Mills
Morris, Manning & Martin, LLP
1333 New Hampshire Avenue, NW.
Suite 800
Washington, DC 20036
(202) 216-4116
Fax: (202) 408-5146
Email: bmills@mmmlaw.com

Beth Carole Ring
Sandler, Travis & Rosenberg, PA
675 Third Avenue
Suite 1805-06
New York, NY 10017
(212) 549-0133
Fax: (212) 883-0068
Email: bring@strtrade.com

Lizbeth R. Levinson
Fox Rothschild LLP
2020 K Street, NW.
Suite 500
Washington, DC 20006
(202) 794-1182
Fax: (202) 461-3102
Email: llevinson@foxrothschild.com

Robert Edward DeFrancesco, III
Wiley Rein, LLP
2050 M Street, NW.
Washington, DC 20036
(202) 719-7473
Email: rdefrancesco@wiley.law