UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE THE
HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| Kingtom Aluminio S.R.L<br><br>                    Plaintiff,<br><br>v.<br><br>United States<br><br>                    Defendant. | Court No.:      22-00072 |

**Letter Regarding Comments on Commerce's Remand Redetermination**

      In accordance with a request by this court and on behalf of Industrias Feliciano Aluminum, Inc.; JL Trading Corp.; Puertas y Ventanas; and J.M., Inc., we confirm that the above listed consolidated plaintiffs did not file comments on the record concerning Commerce's remand determination.[1]

      Should you have any questions concerning this submission, please contact the undersigned.

      Respectfully submitted,

/s/ Sarah Sprinkle
Sarah Sprinkle
William Marshall

**Sandler, Travis & Rosenberg, P.A.**
*Counsel to Industrias Feliciano Aluminum, Inc., JL Trading Corp., Puertas y Ventanas, and J.M., Inc.*

---

[1] *See* Letter from Commerce: *FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT REMAND* (March 4, 2025).