UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:    THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| KINGTOM ALUMINIO S.R.I., <br><br> Plaintiff, <br><br> and <br><br> INDUSTRIAS FELICIANO ALUMINUM, INC., J.L TRADING CORP., AND PUERTAS Y VENTANAS J.M. INC., <br><br> Consolidated Plaintiffs, <br><br> and <br><br> HIALEAH ALUMINUM SUPPLY, INC., and CLASSIC METALS SUPPLIERS CORP., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br> and <br><br> ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE, <br><br> Defendant-Intervenor. | Court No. 22-00072 |

**LETTER REGARDING COMMENTS ON COMMERCE'S REMAND REDETERMINATION**

In accordance with a request by this Court and on behalf of Classic Metals Suppliers Corp. and Hialeah Aluminum Supply, Inc., we hereby notify the Court that Plaintiff-Intervenors do not oppose the U.S. Department of Commerce's ("Commerce") Results of Redetermination Pursuant to Court Remand on March 4, 2025. ECF No. 50 ("Final Remand"). We thereby

1

confirm that Plaintiff-Intervenors did not file comments on the record concerning Commerce's Final Remand.

Should you have any questions concerning this submission, please contact the undersigned.

<em>/s/ Lizbeth R. Levinson</em>
Lizbeth R. Levinson
Brittney R. Powell
Alexander D. Keyser

FOX ROTHSCHILD LLP
2020 K Street,
NW Suite 500
Washington, DC  20006
Tel: (202) 794-1182

Dated: May 23, 2025                               Email: llevinson@foxrothschild.com